UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JEFFREY PATTON,

                        Defendant.

16-MJ-4031

**ORDER**

FILED
FEB 24 2016
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

---

Upon the application of the United States:

**IT IS HEREBY ORDERED**, that the criminal complaint, arrest warrant and all related attachments remain sealed until such time as all defendants named in the complaint are brought before this court for initial appearance, or until further order of the Court, but in any event, no later than six months from today's date, unless before that time further application is made and the Court extends the time for sealing.

Dated: Rochester, New York, February 24, 2016

                                              *Marian W. Payson*
                                              HONORABLE MARIAN W. PAYSON
                                              United States Magistrate Judge