UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

    -v-

JEFFREY PATTON,

    Defendant

_____

16-mj-4031



## PETITION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

The Petition of the United States Attorney for the Western District of New York respectfully states:

1. The defendant, JEFFREY PATTON, was involved in a crime against the United States, a violation of Title 18, United States Code, Section 924(c)(1) and Title 21, United States Code, Section 841(a)(1). He is incarcerated at the Monroe County Jail in Rochester, New York. His presence is required in the United States District Court at Rochester, New York, for a court appearance.

WHEREFORE, your petitioner requests that the Clerk be instructed to issue a Writ Of Habeas Corpus Ad Prosequendum to the United States Marshal and/or the Bureau of Alcohol, Tobacco & Firearms for the Western District of New York to take the said JEFFREY PATTON into his custody and bring him before the Hon. Marian W. Payson, United States Magistrate Judge at the United States Courthouse, City of Rochester, New York, on the 24th day of February, 2016, at 2:00 o'clock in the afternoon of that day, thereafter the said JEFFREY PATTON is to be returned to his place of confinement.

DATED:    Rochester, New York, February 24, 2016.

Respectfully submitted,

WILLIAM J. HOCHUL, JR.
United States Attorney

BY: _____
DOUGLAS E. GREGORY
Assistant United States Attorney
United States Attorney's Office
Western District of New York
500 Federal Building
100 State Street
Rochester, New York   14614
(585) 263-6760
Douglas.Gregory@usdoj.gov

IT IS SO ORDERED:

_Marian W Payson_
HONORABLE MARIAN W. PAYSON
UNITED STATES MAGISTRTE JUDGE
DATED:   February 24, 2016.