# FEDERAL PUBLIC DEFENDER'S OFFICE
## WESTERN DISTRICT OF NEW YORK

**MARIANNE MARIANO**
*FEDERAL PUBLIC DEFENDER*
marianne_mariano@fd.org

**ANNE M. BURGER**
*ASSISTANT FEDERAL PUBLIC DEFENDER*
anne_burger@fd.org

28 EAST MAIN STREET
FIRST FEDERAL PLAZA, SUITE 400
ROCHESTER, NEW YORK 14614

585-263-6201
FAX: 585-263-5871

BUFFALO OFFICE
300 PEARL STREET, SUITE 200
BUFFALO, NEW YORK 14202
716-551-3341
716-551-3346-FAX

REPLY TO: ROCHESTER



March 22, 2016

**VIA FAX**

Honorable Marian W. Payson
United States Magistrate Judge
U.S. Courthouse
100 State Street
Rochester, NY 14614

Re: *United States v. Jeffrey M. Patton*, 16-mj-4031-MWP

Dear Magistrate Judge Payson:

The above-captioned matter is presently scheduled for an appearance for status on April 6, 2016 at 12:00 p.m. I respectfully request that the matter be advanced until Thursday, March 24, 2016 at 9:15 a.m. for purposes of addressing potential release conditions. I understand that the government may now be willing to agree to withdraw their motion for detention so long as certain conditions of release are imposed by the Court.

Very truly yours,

Anne M. Burger
Assistant Federal Public Defender

AMB/jmm
cc: Douglas Gregory, AUSA (via fax)
Camaryn Buckner, USPO (via fax)

*Request granted*

*So ordered.*
*Marian W Payson*
*US Magistrate Judge*
*3/23/16*